# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 22-5095**                    **September Term, 2022**

FILED ON: JULY 7, 2023

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,
          APPELLANTS

v.

U.S. INTERNATIONAL DEVELOPMENT FINANCE CORPORATION,
          APPELLEE

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-01491)

———

Before: MILLETT, PILLARD, and CHILDS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of the U.S. International Development Finance Corporation's motion to dismiss be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/

Michael C. McGrail
Deputy Clerk

Date: July 7, 2023

Opinion for the court filed by Circuit Judge Childs.