# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-5095**                                                              **September Term, 2022**

**1:21-cv-01491-CRC**

**Filed On: October 20, 2022** [1969976]

Center for Biological Diversity, et al.,

        Appellants

    v.

U.S. International Development Finance Corporation,

        Appellee

**O R D E R**

Upon consideration of the joint motion for a revised briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | December 23, 2022 |
| Appellants' Reply Brief | January 17, 2023 |
| Deferred Appendix | January 24, 2023 |
| Final Briefs | February 7, 2023 |

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                             BY:     /s/
                                                     Michael C. McGrail
                                                     Deputy Clerk